# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-16-00649-CR

**Dennis Mike Cranfill, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 51ST DISTRICT COURT OF COKE COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-16-00650-CR

**Dennis Mike Cranfill, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF COKE COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.